[No. 9572–0–III. Division Three. June 29, 1989.]

*In the Matter of the Marriage of* JOYCE A. HACKNEY, *Respondent, and* EUGENE O. HACKNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 13326, Willard A. Zellmer, J., entered August 23, 1988. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Green and Shields, JJ.

[No. 9622–0–III. Division Three. June 29, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RONNIE LEE HICKS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–8–00904–6, Robert D. Austin, J. Pro Tem., entered October 12, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Shields, JJ.

[No. 21130–7–I. Division One. July 3, 1989.]

JAMES PIONTKOWSKI, ET AL, *Plaintiffs,* v. AIRPORT DRAYAGE, INC., *Appellant,* JACK MICHALEK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–03161–1, Anthony P. Wartnik, J., entered January 9, 1987. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Winsor and Forrest, JJ.